UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY JOHNSON,

      Plaintiff,                       Case No: 1:15-cv-449

v.                                         HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 15, 2016, recommending that this Court affirm the Commissioner's decision, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: May 3, 2016                                              /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge